PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

ALESHA NICOLE BEAL,

      Plaintiff,

    v.

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

) CASE NO.  4:25-CV-647
)
)
) JUDGE BENITA Y. PEARSON
)
)
)
) **MEMORANDUM OF OPINION AND**
) **ORDER**
) [Regarding ECF No. 12]

On February 6, 2026, the assigned magistrate judge issued a Report and Recommendation (ECF No. 12) recommending that the Court affirm the Commissioner's final decision denying Plaintiff's Disability Insurance Benefits and Supplemental Security Income.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection.  28 U.S.C. § 636(b)(1)(C).  Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service.

In the instant case, objections to the Report and Recommendation were due by February 20, 2026.  Neither party has timely filed objections, nor requested an extension of time to do so. Any further review by the Court would be a duplicative and inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

(4:25CV647)

Accordingly, the Court adopts the Report and Recommendation (ECF No.12).


IT IS SO ORDERED.


March 2, 2026                                              /s/ Benita Y. Pearson
Date                                                      Benita Y. Pearson
                                                         United States District Judge

2